1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ARIK WILLIAMS,                              No.  2:25-cv-00787-DAD-SCR (PS)

12              Plaintiff,

13        v.                                      ORDER REFERRING MOTION FOR
                                                  TEMPORARY RESTRAINING ORDER TO
14    CALIFORNIA HIGHWAY PATROL,                  MAGISTRATE JUDGE

15              Defendants.

16

17            Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending *pro se* motion

18    for a temporary restraining order filed by plaintiff Arik Williams (Doc. No. 2) is hereby referred

19    to United States Magistrate Judge Sean C. Riordan for issuance of findings and recommendations

20    in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

21            IT IS SO ORDERED.

22    Dated:   **March 11, 2025**                 _____
                                                  DALE A. DROZD
23                                                UNITED STATES DISTRICT JUDGE

24

25

26

27

28

                                                1