IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARIK WILLIAMS,**<br>Plaintiff,<br>**v.**<br>**CALIFORNIA HIGHWAY PATROL, et al.,**<br>Defendants. | Case No. 2:25-CV-00787-DAD-SCR<br>**[~~PROPOSED~~] ORDER GRANTING PARTIES' STIPULATION TO DEFENDANT'S EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT [ECF NO. 29]** |

The Court, having considered Parties' Stipulation to Defendant's Extension of Time to Respond to the Amended Complaint, and good cause having been found:

**IT IS ORDERED** that Defendant is granted an extension of thirty days, up to and including August 13, 2026 to file a responsive pleading.

Dated: July 14, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE